IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:21-CV-244-KFP |
| ) | |
| BART EDMISTON, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case was filed on March 23, 2021. The Clerk's docket reflects that Johnny Royce Vaughn was served on March 29, 2021, with a responsive pleading due April 19, 2021, and that Robert L. Crites was served on April 30, 2021, with a responsive pleading due May 21, 2021. Docs. 7, 15. To date, these Defendants have failed to file a responsive pleading, but no action has been taken by Plaintiff. Accordingly, it is

ORDERED that by **June 10, 2021**, Plaintiff must show cause why the claims against Johnny Royce Vaughn and Robert L. Crites should not be dismissed for failure to prosecute.

DONE this 3rd day of June, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE