IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21cv244-ECM |
| | ) | (wo) |
| BART EDMISTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This cause is before the Court on a Motion to Sever filed by Johnny Royce Vaughn on June 10, 2022. (Doc. 87). Upon consideration of the motion, it is hereby

ORDERED that the parties shall file a response to the motion on or before **June 27, 2022**. It is further

ORDERED that Johnny Royce Vaughn shall file a reply the responses on or before **July 8, 2022**.

DONE this 13th day of June, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE